# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| **Case No.** EDCV 12-00852-MMM (RZx) | **Date** December 21, 2012 |
| **Title** *Walter Matthews vs Union Pacific Corporation, et al.* | |

**Present: The Honorable**  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    **(IN CHAMBERS) Order To Show Cause For Failure to Appear at Telephone Status Conference**

On July 9, 2012, a further telephone status conference was set for December 20, 2012 at 5:15 p.m. Plaintiff's counsel was directed to initiate the telephone call for the status conference. Plaintiff, however, failed to contact the court at the appointed time on December 20, 2012. Based on plaintiff's failure to appear, the court directs plaintiff to show cause, on or before **January 2, 2013**, why his complaint should not be dismissed.

Provided that plaintiff shows sufficient cause for failing to appear, the court reschedules the telephone status conference for **January 3, 2013 at 5:00 p.m.** Plaintiff's counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957.** If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.