UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER MATTHEWS<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY , et al.<br><br><br>　　　　Defendant(s). | CASE NO:<br>5:12–cv–00852–MMM–RZ<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above–entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re–open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: January 25, 2013

_____
Margaret M. Morrow
United States District Judge

–1–